NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAP AMERICA, INC.,**
*Plaintiff-Appellee*

**v.**

**INVESTPIC, LLC,**
*Defendant-Appellant*

---

2017-2081

---

Appeal from the United States District Court for the Northern District of Texas, Dallas Division No. 3:16-CV-02689-K, Judge Ed Kinkeade.

---

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

---

Before PROST, *Chief Judge*, NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, HUGHES, and STOLL, *Circuit Judges*.

PER CURIAM.

## O R D E R

Defendant-Appellant InvestPic, LLC, filed a combined petition for panel rehearing and rehearing en banc on

June 14, 2018. The petition was referred to the panel that heard the appeal and was thereafter referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

1) The petition for panel rehearing is granted in part and denied in part. See accompanying order.

2) The petition for rehearing en banc is denied.

3) The mandate of this court will issue on September 11, 2018.

FOR THE COURT

August 2, 2018                    /s/ Peter R. Marksteiner
      Date                        Peter R. Marksteiner
                                  Clerk of Court